Stephanie L. Ross, SBN 297840
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

Stephen Q. Rowell, SBN 098228
E-mail:  stephen.rowell@safeway.com
Theodore K. Bell #184289
E-mail:  tad.bell@safeway.com
SAFEWAY INC.
5918 Stoneridge Mall Road
Pleasanton, CA  94588-3229
Telephone:  (925) 467-3936
Facsimile:   (925) 467-3214

Attorneys for Defendant Safeway, Inc.

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>    Plaintiff,<br><br>    vs.<br><br>Safeway, Inc. dba Safeway #1954,<br><br>    Defendant.<br>_____/ | Case No.  2:15-cv-00084-JAM-EFB<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND ALL PARTIES:

    Plaintiff Brenda Pickern and defendant Safeway, Inc. dba Safeway #1954 stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 7, 2015        DISABLED ADVOCACY GROUP, APLC

                                        /s/   Stephanie L. Ross
                                       Stephanie L. Ross
                                       Attorney for Plaintiff Brenda Pickern

Dated: April 7, 2015        SAFEWAY INC.

                                        /s/   Stephen Q. Rowell
                                       Stephen Q. Rowell
                                       Attorney for Defendant Safeway, Inc.

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:15-cv-00084-JAM-EFB, is dismissed with prejudice in its entirety.

Dated: 4/7/2015

                                        /s/ John A. Mendez
                                        United States District Court Judge